IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 16 AM 10: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

**KENDRIX RYAN**

Defendant.

Cr. No: 2:05cr20335-Ml

## ORDER ON ARRAIGNMENT

This cause came to be heard on __11-16-05__ The Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: __Larry Copeland__ who is (Retained) Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

__✓__ The defendant, who is not in custody, may stand on his/her present bond.

_____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
S. Thomas Anderson
United States Magistrate Judge

Charges: 18:922(g)
Firearms

Assistant U.S. Attorney assigned to case: R. OLIVER

The defendant's age is: __22__.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-16-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CR-20335 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT