UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    Case No. 2:05cr20335-Ml

KENDRIX RYAN,

    Defendant.

MOTION GRANTED
JON PHIPPS
U.S. DISTRICT JUDGE
12/7/05
DATE

## MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

Now comes Defendant, through the undersigned counsel, moves the Court to permit the filing of additional motions in this matter.

Counsel for Defendant has filed those motions believed to be necessary in order to protect the interests of the Defendant in this case. Counsel will continue their responsibilities to investigate the factual aspects of this case, to complete the discovery process which is not yet completed, to research the issues involved, and otherwise provide effective assistance of counsel to Defendant.

The filing of additional motions may be necessary once rulings have been made on the pending motions and in order to adequately provide effective assistance of counsel to which Defendant is entitled under the Tennessee and United States Constitution.

This motion is not made for the purpose of delay or for any other improper reasons, but simply to adequately represent Defendant.

Defendant moves for a hearing on this motion.

    Respectfully submitted,

    Larry E. Copeland, Jr., #018600
    Attorney for Defendant
    138 N. Third St., 2nd Floor
    Memphis, TN  38103
    901-526-0898

## CERTIFICATE OF SERVICE

I, Larry E. Copeland, Jr., hereby certify that a true and exact copy of the foregoing has been __X__ hand delivered, _____ mailed postage prepaid, to Ms. Valeria Rae Oliver, Assistant U.S. Attorney, 167 N. Main St., Suite 800, Memphis, TN 38103, this 28 day of Nov, 2005.

_____
Larry E. Copeland, Jr.

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20335 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Larry E. Copeland
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT